UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Tue Lor,

        Plaintiff,

vs.                                                                                    ORDER

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.                                               Civ. No. 04-4747 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.      That the Plaintiff's Motion [Docket No. 10] for Summary Judgment is denied.

2.      That the Defendant's Motion [Docket No. 17] for Summary Judgment is denied.

3.      That this matter is remanded to the Commissioner for further proceedings in accordance with this Report.

4.      That, pursuant to the holding in <u>Shalala v. Schaefer</u>, 509 U.S. 292 (1993), Judgment is

entered accordingly.

                                                          BY THE COURT:

DATED: January 4, 2006.                    s/ Joan N. Ericksen
                                                          Judge Joan N. Ericksen
                                                          United States District Court