UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Tue Lor,

        Plaintiff,

vs.                                                                                          ORDER

Jo Anne B. Barnhart, Commissioner
of Social Security,

        Defendant.                                              Civ. No. 04-4747 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

      Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

      ORDERED:

      1.      That the Plaintiff's Motion for an Award of EAJA Fees [Docket No. 25] is granted.

      2.      That pursuant to the Equal Access to Justice Act, that a total of $6,120.00 in costs and attorney's fees, is awarded to the Plaintiff.

                                                                     BY THE COURT:

DATED:      May 11, 2006                             s/ Joan N. Ericksen
                                                                Judge Joan N. Ericksen
                                                                United States District Court